## VERIFIED STATEMENT

Laura Lawrence hereby verifies and states that:

1. I am a shareholder in the accounting firm of Strain Slattery Barkley & Co., CPAs, P.C. (the "Accountants").

2. I have reviewed the attached invoice and the information contained therein is true to the best of my knowledge and belief.

3. No agreement has been made directly or indirectly and no understanding exists with respect to the division of fees and reimbursement of expenses requested herein between the Accountants and the Trustee, the Debtor(s) or the attorneys or either of them, nor between any other person that the services for which compensation is sought were performed, except for the agreements between the shareholders of Accountants for the sharing of compensation.

4. The rates as set forth by the professionals per the attached Invoice are the normal rates charged by such professionals during the subject time periods for other matters outside of representation of the Trustee and including representation of non-bankruptcy clients. I believe such rates and the unit charges as set forth on the attached for each task are fair and reasonable.

5. I declare under the penalty of perjury that the foregoing is true and correct.

DATED: _July 16_, 2013.

STRAIN SLATTERY BARKLEY & CO., CPAS, P.C., Applicant.

By: _Laura Lawrence_
Laura Lawrence, shareholder

L:\wdox\clients\27777\000\00438369.DOCX

# Strain Slattery Barkley & Co., CPAs, P.C.
## 7130 So. 29th Street, Suite F
## Lincoln, NE 68516-5825
## 402-420-7300

034520.001
07/16/2013

Rick Lange
Rembolt Ludtke LLP
1201 Lincoln Mall, Suite 102
Lincoln, NE 68508

Invoice No. 47139

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 05/02/2013 | Other Services<br>Burival-payout analysis and suggested allocation by estate | Lawrence | 1.50 $ | 300.00 |
| 05/03/2013 | Other Services<br>Burival pay-out analysis | Lawrence | 1.40 | 280.00 |
| 05/08/2013 | Other Services<br>Burival-update payment analysis spreadsheet | Lawrence | 0.10 | 20.00 |
| 06/25/2013 | Other Services<br>Burival-review claims paid and balances to be paid from 80-20 worksheet | Lawrence | 1.00 | 200.00 |
| 06/26/2013 | Other Services<br>Burival-finish claims review and e-mail Rick | Lawrence | 0.50 | 100.00 |
| | Current Amount Due | | $ | 900.00 |

**Invoices due within 30 days from date on invoice**
**1.33% per month finance charge is added to overdue accounts**